UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR STIVENS PEREZ MONTES., <br><br> Petitioner, <br><br> -against- <br><br> LAWRENCE CATLETTI, COLONEL, ORANGE COUNTY CORRECTIONAL FACILITY; JUDITH C. ALMODOVAR, NEW YORK FIELD OFFICE DIRECTOR FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES; MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; TODD M. LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT., <br><br> Respondents. | 26 CIVIL 3804 (ER) <br><br> **JUDGMENT** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 18, 2026, the petition is GRANTED, and the government is ORDERED to immediate release Perez Montes from custody and certify compliance with the Court's order by filing an entry on the docket no later than May 19, 2026, at 5 p.m.

**Dated:**    New York, New York
         May 18, 2026

                                    TAMMI M. HELLWIG
                            _____
                                    Clerk of Court

                    BY:

                            _____
                                    Deputy Clerk